| | |
|---|---|
| 1 | Zachary M. Best, SBN 166035 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone: (408) 298-2000 |
| 4 | Facsimile: (408) 298-6046<br>Email: service@mission.legal |
| 5 | Attorney for Plaintiff,<br>Jose Acosta |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>      Plaintiff,<br><br>vs.<br><br>RAUL M. SOTO, individually and dba J & R APPLIANCE SERVICE,<br><br>      Defendant. | No. 1:18-cv-00539-DAD-SAB<br><br>**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

      Plaintiff Jose Acosta ("Plaintiff"), by and through his attorneys of record, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for July 17, 2018 at 9:00 a.m. for the reasons set forth below.

      1.    Plaintiff has been diligently attempting to effect service of the Summons and Complaint on Defendant Raul M. Soto ("Defendant"), but has not yet been able to effect service.

      2.    Plaintiff is required to effect service on Defendant by July 19, 2018 pursuant to Federal Rule of Civil Procedure 4(m).

      3.    Because Defendant has not yet been served and has not yet appeared, Plaintiff has been unable to meet and confer with Defendant or prepare the joint scheduling report.

Page 1

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for July 17, 2018 be continued to a date after August 28, 2018 at the Court's convenience.

Dated: June 27, 2018                                    MISSION LAW FIRM, A.P.C.

                                                        */s/ Zachary M. Best*
                                                        Zachary M. Best
                                                        Attorney for Plaintiff,
                                                        Jose Acosta

## **ORDER**

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for July 17, 2018 be continued to September 11, 2018 at 11:00 a.m. before Magistrate Judge Stanley A. Boone in Courtroom 9 of the above-entitled Court. A Joint Scheduling Report shall be filed one week prior to the conference.

IT IS SO ORDERED.

Dated:  **June 29, 2018**

                                                        UNITED STATES MAGISTRATE JUDGE