# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>   v.<br><br>RAUL M. SOTO,<br><br>        Defendant. | Case No. 1:18-cv-00539-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>OCTOBER 12, 2018 DEADLINE |

Plaintiff filed this action on April 20, 2018. On September 4, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before October 12, 2018.

IT IS SO ORDERED.

Dated: **September 5, 2018**

                                          UNITED STATES MAGISTRATE JUDGE